IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599-CMA-KMT

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    Pursuant to the Order of Reference dated September 15, 2008, *see* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), it is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **December 16, 2008,** at **10:15 a.m.,** in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado. Plaintiff, or his case manger, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

    The Clerk of Court is hereby ORDERED to send a copy of this order to Plaintiff's case manager at Sterling Correctional Facility, P.O. Box 6000, Sterling, CO 80751.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

DATED this 4th day of November, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge