IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599-CMA-KMT

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Amend Injunction" (#43, filed December 23, 2008) is **DENIED**, and shall be stricken from the record because the arguments raised in Plaintiff's "Motion to Amend Injunction" are identical to the arguments offered in Plaintiff's motions for "Injunction" (Doc. #37, filed December 17, 2008) and "Interlocutory Injunction" (Doc. #24, filed November 14, 2008). The court previously issued a Report and Recommendation addressing these two motions (Doc. #40, filed December 23, 2008).

Plaintiff's "Motion to Continue" (#44, filed December 31, 2008) to withdraw Plaintiff's previously filed "Motion to Withdraw/Dismiss Complaint" is **GRANTED**, and the "Motion to Withdraw/Dismiss Complaint" (#43, filed December 29, 2008) shall be withdrawn, and stricken from the record.

Dated: January 6, 2009