IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599-CMA-KMT

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendants.

# ORDER

    This matter is before the court *sua sponte* on review of Plaintiff's Amended Complaint filed March 16, 2009 (Doc. No. 67). The record in this case shows Plaintiff filed his original complaint on July 29, 2008 (Doc. No. 1), and his first amended complaint on August 7, 2008 (Doc. No. 6). Defendants Belcher, Scott, Dodge, and Soares filed their Answer to the first amended complaint on December 1, 2008 (Doc. No. 28).

    Rule 15 states a party may amend its pleadings once as a matter of course before being served with a responsive pleading. Fed. R. Civ. P. 15(a)(1)(A). In all other cases, a party may amend its pleadings only with the opposing party's written consent or the court's written leave. Fed. R. Civ. P. 15(a)(2). There is no indication Defendants have given their written consent to the filing of the second amended complaint. Moreover, although the court granted Plaintiff an

extension until March 23, 2009, to file an amended complaint (Doc. No. 60), Plaintiff did not file a motion stating the reasons he wishes to amend his complaint. Therefore, it is

**ORDERED** that Plaintiff's second amended complaint (Doc. No. 67) is **STRICKEN**. Plaintiff shall have up to and including March 31, 2009, to file a motion to amend the complaint, stating in detail the proposed amendments and the reasons why such amendments are necessary. In addition, the plaintiff must attach the proposed amended complaint to the motion and include the names of all defendants in the caption of the amended complaint.

Dated this 16th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge