IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599–CMA–KMT
(Consolidated with 08–cv–02536–CMA–KMT; 09–cv–00662–CMA–KMT;
09–cv–00667–CMA–KMT; 09–cv–00754–CMA; and 09–cv–00961–CMA)

DANA COOPER,

     Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

     Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Judge Christine M. Arguello's Order Consolidating Cases, it is ORDERED that the following motions are DENIED without prejudice as moot:

    <u>08–cv–01599–CMA–KMT</u>
    Defendants "Motion to Dismiss in Part" (Doc. No. 27, filed December 1, 2008)
    Plaintiff's "'Motion' to Amend Complaint" (Doc. No. 79, filed March 27, 2009)

    <u>08–cv–02536–CMA–KMT</u>
    Defendants' "Motion to Dismiss in Part" (Doc. No. 21, filed February 20, 2009)

    <u>09–cv–00667–CMA–KMT</u>
    Plaintiff's Letter/Motion to Provide Addresses of Defendants Logan and Leiba (Doc. No. 12, filed May 12, 2009).  Plaintiff may refile this request if he determines he wishes to assert claims against these defendants in his new, consolidated complaint.

Dated: May 14, 2009