IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599–CMA–KMT
    (Consolidated with 08–cv–02536–CMA–KMT; 09–cv–00662–CMA–KMT;
    09–cv–00667–CMA–KMT; 09–cv-00754–CMA; and 09–cv–00961–CMA)

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion Interlocutory Injunction - rule 65(b)" (Doc. No. 102), "Motion Interlocutory Injunction - rule 65(b)" (Doc. No. 103), and "Motion Interlocutory Injunction - rule 65(b)" (Doc. No. 104) are DENIED for failure to confer.  The Tenth Circuit has cautioned that *pro se* litigants "must follow the same rules of procedure that govern other litigants."  *Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992) ("[W]e have repeatedly upheld dismissals in situations where the parties themselves neglected their cases or refused to obey court orders."(citing cases)).  The Local Rules of Practice for the District of Colorado require all parties to confer on motions and other disputes before a motion is filed.  D.C.Colo.LCivR 7.1A; *see also Visor v. Sprint*, 1997 WL 796989 (D. Colo. 1997).  The court cautions Plaintiff that future motions filed by Plaintiff without conferring may result in the court striking the motions.

Dated: June 1, 2009