IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01599-CMA-KMT
(Consolidated with 08-cv-02536-CMA-KMT; 09-cv-00662-CMA-KMT; 09-cv-00667-CMA-KMT; 09-cv-00754-CMA; and 09-cv-00961-CMA)

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendant.

## ORDER OF CLARIFICATION

    This matter is before the Court on Plaintiff's Consolidated Complaint.  (Doc. # 113.)  On May 13, 2009, this Court consolidated the above-captioned cases and directed Plaintiff to file a Consolidated Complaint amalgamating the claims from each of his six pending lawsuits into one "master" complaint.  (Doc. # 94.)

    Plaintiff appears to have complied with this Court's Order by filing his Consolidated Complaint on June 15, 2009.  Out of an abundance of caution, and in case it was not clear from the Court's May 13, 2009 Order, the Court desires each properly-served Defendant in the above-captioned matters to respond to Plaintiff's Consolidated Complaint.

Accordingly,

The Court ORDERS each properly-served Defendant in the above-captioned lawsuits to respond to Plaintiff's Consolidated Complaint in a manner consistent with the Federal Rules of Civil Procedure, on or before July 6, 2009.

DATED: June 17, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge