IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599–CMA–KMT
(Consolidated with 08–cv–02536–CMA–KMT; 09–cv–00662–CMA–KMT; 09–cv–00667–CMA–KMT; 09–cv–00754–CMA; and 09–cv–00961–CMA)

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE,
ASSOCIATE WARDEN CAROL SOARES,
WARDEN KEVIN MILYARD,
C/O HARDY,
LLOYD WAIDE,
C/O NICHOLAS HANEY,
C/O STARNER,
LT. CARPENTER,
C/O UMMEL,
CAPT. MISTY LOGAN,
SGT. MARIE LEIBA,
LT. STEVEN MAY,
MICHAEL NEGLEY,
EDELEN,
DONALD CANFIELD,
C/O GOMEZ,
C/O JENKINS
MANNING,
BRIAN WEBSTER,
FORTUANATO,
BEVERLY DOWIS,
CHARLENE LARSON,
JOHN CHAPDELAINE, and
LT. ALLEN HARMS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -4 2009

GREGORY C. LANGHAM
            CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE comes before the Court *sua sponte*. The Court has granted Plaintiff leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the unserved Defendants, Marie Leiba, Brian Webster, Fortunato, Beverly Dowis, Charlene Larson, John Chapdelaine, and Allen Harms. If unable to do so, the United States Marshal shall serve a copy of the Consolidated Amended Complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 3rd day of August, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01599-CMA-KMT

Dana Cooper
Prisoner No. 135056
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

Marie Leiba, Brian Webster, Fortunato,
Beverly Dowis, Charlene Larson,
John Chapdelaine, and Allen Harms- **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Robert C. Huss
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Marie Leiba, Brian Webster, Fortunato, Beverly Dowis, Charlene Larson, John Chapdelaine, and Allen Harms; and to John Suthers: CONSOLIDATED AMENDED COMPLAINT FILED 06/15/09, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/4/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk