IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01599-CMA-KMT
(Consolidated with 08-cv-02536-CMA-KMT; 09-cv-00662-CMA-KMT;
09-cv-00667-CMA-KMT; 09-cv-00754-CMA; and 09-cv-00961-CMA)

DANA COOPER,

    Plaintiff,

v.

SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE, and
ASSOCIATE WARDEN CAROL SOARES,

    Defendant.

**ORDER REGARDING MOTION TO PROCEED IN ADDITIONAL LAWSUITS**

    This matter is before the Court on Plaintiff's Motion to Proceed in Two Additional Lawsuits (Doc. # 137). The Motion is DENIED AS MOOT.

    As a result of Plaintiff's prolific and potentially frivolous litigation practices, the Court consolidated six of Plaintiff's pending lawsuits and notified Plaintiff that additional, unwarranted filings may subject him to sanctions, including filing restrictions. Although the Court never actually restricted Plaintiff's ability to file additional lawsuits, Plaintiff filed the instant motion requesting permission to file two new lawsuits and asking the Court not to consolidate the two new lawsuits with this matter.

    It appears from the Court's search of recent case filings that, notwithstanding his courteous request for permission, Plaintiff did not wait for this Court to rule on his

Motion before filing his additional lawsuits, which are captioned *Cooper v. Roberts, et. al,* No. 09-cv-2218 and *Cooper v. Binder, et. al*, No. 09-cv-2219.  By filing his two lawsuits without waiting for the Court, Plaintiff has rendered his Motion to Proceed moot.

Accordingly,

The  Motion to Proceed in Two Additional Lawsuits (Doc. # 137) is DENIED AS MOOT.

DATED:  October   5  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge