IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–01599–CMA–KMT
  (Consolidated with 08–cv–02536–CMA–KMT; 09–cv–00662–CMA–KMT;
  09–cv–00667–CMA–KMT; 09–cv-00754–CMA; and 09–cv–00961–CMA)


DANA COOPER,

  Plaintiff,


v.


SGT. RHONDA BELCHER,
LT. BERNADETTE SCOTT,
SGT. DODGE,
ASSOCIATE WARDEN CAROL SOARES,
WARDEN KEVIN MILYARD,
C/O HARDY,
LLOYD WAIDE,
C/O NICHOLAS HANEY,
C/O STARNER,
LT. CARPENTER,
C/O UMMEL,
CAPT. MISTY LOGAN,
SGT. MARIE LEIBA,
LT. STEVEN MAY,
MICHAEL NEGLEY,
EDELEN,
DONALD CANFIELD,
C/O GOMEZ,
C/O JENKINS
MANNING,
BRIAN WEBSTER,
FORTUANATO,
BEVERLY DOWIS,
CHARLENE LARSON,
JOHN CHAPDELAINE, and
LT. ALLEN HARMS,

Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion to Consolidate Defendants' Answers & Motion to Dismiss" (Doc. No. 150, filed October 19, 2009) is **DENIED IN PART**. Plaintiff seeks consolidation of the two pending Motions to Dismiss (Doc. Nos. 125, 145). However, each Motion seeks dismissal of different parties and on different grounds.

Insofar as Plaintiff seeks a copy of the "Motion to Dismiss Amended and Consolidated Complaint" (Doc. No. 125, filed July 17, 2009), the Motion is **GRANTED IN PART**. The Clerk of Court is directed to mail a copy of the "Motion to Dismiss Amended and Consolidated Complaint" (Doc. No. 125, filed July 17, 2009) to Plaintiff as soon as is practicable.

Accordingly, "Plaintiffs' Second Motion-for [sic] Court Order-of [sic] Defendants to Serve Def's [sic] Motion to Dismiss" (Doc. No. 140) is **DENIED** as moot.

Dated: October 20, 2009